.

| | | |
|---|---|---|
| TYSERIA RACHELLE RANKIN<br>109 EAST WOOD DRIVE<br>FOREST, MS 39074 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | PROFESSIONAL ACCOUNT S<br>PO BOX 188<br>BRENTWOOD, TN 37024 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | JACKSON HEALTHCARE FOR<br>PO BOX 98168<br>JACKSON, MS 39298 | RENT A CENTER<br>1303 MS 35<br>FOREST, MS 39074 |
| 1ST FRANKLIN<br>337 W THIRD STREET<br>FOREST, MS 39074 | JERRY BRAZZLE<br>212 RUSSELL ST<br>UNION, MS 39365 | SERVBANK<br>3138 E ELWOOD ST<br>PHOENIX, AZ 85034 |
| ADVANCED RECOVERY<br>ATTN: BANKRUPTCY<br>219 KATHERINE DRIVE<br>FLOWOOD, MS 39232 | LACKEY MEMORIAL HOSPIT<br>PO BOX 1660<br>GREELEY, CO 80632 | SPEEDY CASH<br>2313 E TRINITY MILLS<br>CARROLLTON, TX 75006 |
| BENNETT, LOTTERHOS<br>P.O. BOX 1488<br>MADISON, MS 39130 | LAKELAND RADIOLOGISTS<br>PO BOX 23073<br>JACKSON, MS 39225-3073 | SPOT LOAN<br>PO BOX 927<br>PALATINE, IL 60078-0927 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | MONEY MAN<br>309 YANDELL ST<br>CANTON, MS 39046 | WFC<br>ATTN: BANKRUPTCY DEPT<br>P.O.BOX 6429<br>GREENVILLE, SC 29606 |
| CHASE<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | NELNET<br>P.O. BOX 82561<br>LINCOLN, NE 68501 | WFC<br>P.O.BOX 6429<br>GREENVILLE, SC 29606 |
| COMENITY BANK<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS, OH 43218 | NELNET<br>PO BOX 82561<br>LINCOLN, NE 68501 | |
| COMMUNITY HEALTH<br>301 8TH ST SW<br>STE B<br>MAGEE, MS 39111 | ONEMAIN<br>PO BOX 1010<br>EVANSVILLE, IN 47706 | |