Certificate Number: 17082-MSS-DE-040387840

Bankruptcy Case Number: 25-03097



17082-MSS-DE-040387840

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>December 7, 2025</u>, at <u>4:30</u> o'clock <u>PM MST</u>, <u>TYSERIA RANKIN</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>December 7, 2025</u>

By:   <u>/s/Orsolya K Lazar</u>

Name:   <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>