United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-03097-JAW
Tyseria Rachelle Rankin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 3
Date Rcvd: Feb 12, 2026  Form ID: n031  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyseria Rachelle Rankin, 109 East Wood Drive, Forest, MS 39074-3827 |
| 5598047 | + | Bennett, Lotterhos, P.O. Box 1488, Madison, MS 39130-1488 |
| 5598051 | + | Community Health, 301 8th St SW, Ste B, Magee, MS 39111-3967 |
| 5598053 | + | Jackson Healthcare for, PO Box 98168, Jackson, MS 39298-8168 |
| 5598054 | + | Jerry Brazzle, 212 Russell St, Union, MS 39365-2919 |
| 5598055 | + | Lackey Memorial Hospit, PO Box 1660, Greeley, CO 80632-1660 |
| 5598056 | | Lakeland Radiologists, PO Box 23073, Jackson, MS 39225-3073 |
| 5598057 | + | Money Man, 309 Yandell St, Canton, MS 39046-3829 |
| 5598062 | | Rent A Center, 1303 MS 35, Forest, MS 39074 |
| 5598064 | | Speedy Cash, 2313 E Trinity Mills, Carrollton, TX 75006 |
| 5598065 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Feb 12 2026 19:32:00 | Servbank, N.A., 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 5598045 | + | Email/Text: bankruptcy@1ffc.com | Feb 12 2026 19:32:00 | 1st Franklin, 337 W Third Street, Forest, MS 39074-4107 |
| 5599234 | + | Email/Text: bankruptcy@1ffc.com | Feb 12 2026 19:32:00 | 1st Franklin Financial Corporation, PO BOX 880, ATTN: Admin Services, Toccoa GA 30577-0880 |
| 5598046 | + | Email/Text: sbridwell@arscollections.com | Feb 12 2026 19:32:00 | Advanced Recovery, Attn: Bankruptcy, 219 Katherine Drive, Flowood, MS 39232-9588 |
| 5598048 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2026 19:42:09 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5598049 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 12 2026 19:42:12 | Chase, PO Box 94014, Palatine, IL 60094-4014 |
| 5598050 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2026 19:32:00 | Comenity Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5598052 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 12 2026 19:42:06 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5616845 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2026 19:32:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5598058 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 12 2026 19:32:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5603412 | | Email/PDF: cbp@omf.com | Feb 12 2026 19:42:12 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5598060 | + | Email/PDF: cbp@omf.com | Feb 12 2026 19:42:12 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5606779 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2026 19:32:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: n031 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 5598061 | + Email/Text: pasi_bankruptcy@chs.net | Feb 12 2026 19:32:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 | 56302-7999 |
| 5600693 | + Email/Text: bkinfo@ccfi.com | Feb 12 2026 19:32:00 | SCIL, INC, 2312 E TRINITY MILLS RD STE 100, CARROLLTON TX 75006-1955 | |
| 5598063 | + Email/Text: BK@servicingdivision.com | Feb 12 2026 19:32:00 | ServBank, 3138 E Elwood St, Phoenix, AZ 85034-7210 | |
| 5609152 | + Email/Text: BK@servicingdivision.com | Feb 12 2026 19:32:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 | |
| 5603018 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 12 2026 19:32:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 | |
| 5598067 | + Email/Text: bk@worldacceptance.com | Feb 12 2026 19:32:00 | Wfc, P.O.Box 6429, Greenville, SC 29606-6429 | |
| 5598066 | + Email/Text: bk@worldacceptance.com | Feb 12 2026 19:32:00 | Wfc, Attn: Bankruptcy Dept, P.O.Box 6429, Greenville, SC 29606-6429 | |
| 5612424 | + Email/Text: bk@worldacceptance.com | Feb 12 2026 19:32:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 | |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5598059 | *+ | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tyseria Rachelle Rankin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 3 of 3
Date Rcvd: Feb 12, 2026 Form ID: n031 Total Noticed: 32
TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−03097−JAW
**Chapter:** 13

**In re:**

Tyseria Rachelle Rankin
109 East Wood Drive
Forest, MS 39074

### Notice of Entry of Order Confirming Plan

The Court entered an Order on February 12, 2026 (Dkt. # 19 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: February 12, 2026                    Danny L. Miller, Clerk of Court