

SO ORDERED,

Jamie A. Wilson

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                        CHAPTER 13 NO.:

TYSERIA RACHELLE RANKIN                                  25-03097 – JAW

### ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK # 20   ); and the Court orders as follows:

THAT, no response was timely filed.

THAT, the Trustee's Motion to Modify is granted.

THAT, the Debtor's Plan shall be modified to pay Creditor Servank, N.A. for the Post-petition Mortgage Fees, Expenses and Charges in the amount of $350.00 over the life of the Debtor's Plan.

THAT, the Debtor's wage deduction order shall be amended as necessary to comply with the terms of this order.

THAT, the indebtedness of those creditors, not timely filing proof of claims, shall be paid $0.00, and said indebtedness shall be discharged upon completion of this plan.

##END OF ORDER##

SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM